**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ANGEL RUIZ SENCION          )
                                    )     Case No. 1:26-cv-12394-AK
           Petitioner,       )
                                    )
v.                                 )
                                    )
ANTONE MONIZ, et al.,      )
                                    )
           Respondents.     )
                                    )

## RESPONSE TO ORDER TO SHOW CAUSE

Counsel for Petitioner Angel Ruiz Sencion provides the following Response to the Order to Show Cause this Court issued on August 5, 2026. ICE released Petitioner on July 17, 2026 and USCIS approved a form I-130 filed on Petitioner's behalf on July 21, 2026. Petitioner agrees that dismissal of the Complaint is proper given that his release renders certain allegations moot.

Petitioner maintains that the violations resulting in his detention merit the award of attorney's fees under the Equal Access to Justice Act. Petitioner therefore reasserts his request that the Court grant a reasonable award of attorney's fees.

                                        Respectfully submitted,

Dated: August 12, 2026             */s/ Sara Miron Bloom*
                                      Sara Miron Bloom, Esq. (#552351)
                                      Mass Deportation Defense
                                      Two Center Plaza, Suite 520
                                      Boston, MA 02108
                                      Tel: 617.367.0077 x 206
                                      Email: smb@massdeportationdefense.org

                                      *Counsel for Petitioner*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically filed the within document and it is available for viewing and downloading from the Court's CM/ECF System, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Sara Miron Bloom*